UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-89-RLV
(5:99-cr-71-RLV-5)

| | |
|---|---|
| RUSSELL GARNET TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Supplement his 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. (Doc. No. 6.)

The Court dismissed Petitioner's pro se § 2255 Motion as an unauthorized, successive motion to vacate, see 28 U.S.C. §§ 2244, 2255(h), on November 1, 2016; judgment was entered the same day. (Doc. Nos. 4, 5.) The Court received the instant Motion to Supplement, which is dated October 28, 2016, on November 4, 2016. (Doc. No. 6 at 1, 7.) The Motion to Supplement is moot, and shall be dismissed as such.

**IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Supplement his 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 6) is **DISMISSED** as moot.

Signed: August 15, 2017

Richard L. Voorhees
United States District Judge